UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FAUSTO AMBRIZ, | CASE NO. SA 08-391-CJC (AGR) |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

In accordance with the Order Adopting Magistrate Judge's Report and Recommendation filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed.

DATED: June 17, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE